IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 132 ML

UNITED STATES OF AMERICA )
)
vs. )
)
MICHAEL DITOMASSO )
)

Cr. No. ______________
In violation of:
18 U.S.C. § 2250

FILED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I
18 U.S.C. § 2250 (Failure to Register)

Beginning in March 2007 and continuing through April 4, 2007, in the District of Rhode Island, MICHAEL DITOMASSO, an individual required to register under the Sex Offender Registration and Notification Act and who traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

REDACTED

DATE: 10/10/07

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division