UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-132ML |
| | ) | |
| MICHAEL DITOMASSO | ) | |

---

## MOTION FOR BILL OF PARTICULARS

Now comes Michael DiTomasso, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 7(f) of the Federal rules of Criminal Procedure, moves this Honorable Court to order the government to provide a Bill of Particulars in this matter. Mr. DiTomasso has requested discovery through Rule 16 and the government's response may contain the information requested here, however Mr. DiTomasso files this motion at this time with respect to Rule 7(f)'s filing time constraints. Attached is Mr. DiTomasso's memorandum in support of this motion.

Respectfully submitted
Michael DiTomasso
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Milind Shah, Assistant United States Attorney, on October 19, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-132ML |
| | ) | |
| MICHAEL DITOMASSO | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION FOR BILL OF PARTICULARS

The government has charged Mr. DiTomasso in this indictment with being an individual required to register under the Sex Offender Registration and Notification Act ("SORNA"), traveling in interstate commerce, and knowingly failing to register and update a registration as required by SORNA, all in violation of 18 U.S.C. § 2250.

The Court may require the government to provide a bill of particulars when the absence of such information relevant to the charge in the indictment will hinder the defendant's ability to present a defense or result in surprise at trial. *See United States v. Sepulveda*, 15 F.3d 1161, 1192 (1993). The indictment here lacks sufficient specific information regarding the allegations for Mr. DiTomasso to assess, prepare, and present an adequate and competent defense.

Mr. DiTomasso requires the following particulars in regards to the charges alleged in this indictment.

1. When was Mr. DiTomasso required to register as a sex offender under SORNA in Rhode Island?
2. When did SORNA become applicable to Mr. DiTomasso?
3. When was Mr. DiTomasso notified that SORNA applied to him?
4. When did Mr. DiTomasso travel in interstate commerce as alleged?

The Adam Walsh Act was passed on July 27, 2006, and created new requirements for sex

offender registration detailed in SORNA. The United States Attorney General promulgated rules for applying SORNA to previously convicted sex offenders on February 28, 2007. The particulars requested clarify the allegations contained in the indictment which are acutely vague considering the recent additions to the laws concerning sex offender registration. Defense counsel will not be able to provide a competent defense without this information.

Respectfully submitted
Michael DiTomasso
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Milind Shah, Assistant United States Attorney, on October 19, 2007.

/s/ Kevin J. Fitzgerald