**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

EXHIBIT 3

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

October 26, 2007

Via First Class Mail

Kevin J. Fitzgerald, Esq.
Assistant Federal Defender
Federal Defendant Office
10 Weybosset Street, RI 02903

Re: *U.S. v. Michael DiTomasso*, C.R. No. 07-0132ML.

Dear Mr. Fitzgerald:

Enclosed please find a copy of the Complaint and Accompanying Affidavit in the above-captioned matter. You received this document at Defendant's Initial Appearance.

Enclosed please also find documents obtained from the Massachusetts Sex Offender Registry Board ("Registry Board"). The disclosure of these documents supplements the Government's earlier disclosures under Rule 16 of the Federal Rule of Criminal Procedure, specifically 16(a)(1)(D) and (E). These documents are also disclosed pursuant to the Government's *Giles*, *Brady*, and *Giglio* obligations.

Below is a list of all of the documents provided by the Registry Board and being disclosed here:

- Affidavit of Sex Offender Registry Board's Keeper of the Records
- 2007 Sex Offender Registration Form, finger print card, photograph, and Incarcerated Sex Offender Registration Form;
- 2006 Sex Offender Registration Form, photograph, letter from Sex Offender Registry Board to Michael DiTomasso;
- 2005 Sex Offender Registration Forms, photographs, letter from Sex Offender Registry Board to Michael DiTomasso, Incarcerated Sex Offender Registration Form, and Offender Face Sheet;
- 2004 Sex Offender Registration Form, letter from Sex Offender Registry Board to Michael DiTomasso;
- 2003 Registration/Change of Address/Annual Registration Update form, Registration/Re-Registration Form, letter from Sex Offender Registry Board to Michael DiTomasso;
- Level 3 Sex Offender Community Notification enclosure;
- Sex Offender Registration Confirmation;

- Notice of Incomplete Sex Offender Registration Information letters;
- 2002 Registration/Re-registration Forms, Sex Offender Registration Confirmations;
- July 2002 letter from Sex Offender Registry Board to Michael DiTomasso;
- Envelope copies (2002 non-delivery notices);
- October 2002 letter from Sex Offender Registry Board to Michael DiTomasso; and
- 2001 Commonwealth of Massachusetts Department of Correction Notice of Obligation to Register with Sex Offender Registry.
- Blank Registration/Re-Registration Form

In the interest of producing a true and complete duplicate of the documents provided by the Registry Board, I have not removed the handful of duplicate documents contained in the Registry Board's production.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

Enclosures