IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL DITOMASSO | C.R. No. 07-00132 ML |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Government, in the above-captioned matter, requests an extension of time to respond to Defendant's Motion to Dismiss Indictment. This case is the first 18 U.S.C. § 2250 case to be charged in the District of Rhode Island. The issues raised in Defendant's Motion are complex issues of first impression in this district, and the federal courts of appeal have not yet issued any decisions relating to 18 U.S.C. § 2250. Defendant's Motion presents eight separate grounds for dismissal and references numerous district court opinions, several that have denied and some that have granted motions to dismiss 18 U.S.C. § 2250 charges. Finally, the Government has conferred with Defendant's counsel, Kevin J. Fitzgerald; he does not object to this request for an extension of time. In order to thoroughly address Defendant's arguments and in the interest of justice, the Government respectfully requests that the deadline for response to Defendant's Motion be moved from December 17, 2007 to January 7, 2008.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

On this 10th day of December, 2007 I caused the within Motion for Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system. Electronic notification:

Kevin J. Fitzgerald, Esquire
Assistant Federal Defendant
Federal Public Defenders Office for Rhode Island
10 Weybosset Street, Suite 300
Providence, RI 02903
kevin_fitzgerald@fd.org

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov