IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL DITOMASSO | C.R. No. 07-00132 ML |

GOVERNMENT'S MOTION FOR AN ADDITIONAL EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Government, in the above-captioned matter, requests a one week additional extension of time to respond to Defendant's Motion to Dismiss Indictment. The Court previously granted the Government until January 7, 2008 to respond to Defendant's Motion. The Government respectfully requests that the deadline be extended to Monday, January 14, 2008. The Government requests this extension to provide additional time to take into account the positions taken by the Government with respect to Sex Offender Registration and Notification Act ("SORNA") cases in other district courts and in pending appellate proceedings. Only recently did the undersigned learn that the Solicitor General authorized an appeal in the Sixth Circuit from a district court SORNA ruling adverse to the Government, and only recently has the undersigned been able to gather materials relating to that appeal. The Government has consulted with Defendant's counsel, Kevin J. Fitzgerald, and he has no objection to this extension of time.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Milind M. Shah

Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

On this 3rd day of January 2008, I caused the within Motion for Extension of Time to be filed electronically, and it is available for viewing and downloading from the ECF system. Electronic notification:

Kevin J. Fitzgerald, Esquire
Assistant Federal Defendant
Federal Public Defenders Office for Rhode Island
10 Weybosset Street, Suite 300
Providence, RI 02903
kevin_fitzgerald@fd.org

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov