# EXHIBIT 2

#O5K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 132 ML

UNITED STATES OF AMERICA )
) Cr. No. ____________
vs. ) In violation of:
) 18 U.S.C. § 2250
MICHAEL DITOMASSO )
)

FILED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I
18 U.S.C. § 2250 (Failure to Register)

Beginning in March 2007 and continuing through April 4, 2007, in the District of Rhode Island, MICHAEL DITOMASSO, an individual required to register under the Sex Offender Registration and Notification Act and who traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCh
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 10/10/07

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): MILIND M. SHAH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

United States Marshals Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:07-MJ102A

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Michael DiTomasso

Address: REDACTED

Milford, MA 01757

☐ Interpreter Required Dialect:

Birth Date: REDACTED

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 USC Sec. 2250 | FAILURE TO REGISTER AS A SEX OFFENDER | ☒ Felony ☐ Misdemeanor |
| | MAXIMUM PENALTIES: 10 years | | ☐ Felony ☐ Misdemeanor |
| | imprisonment; $5,000 fine; not more than 3 | | ☐ Felony ☐ Misdemeanor |
| | years supervised release; $100 mandatory | | ☐ Felony ☐ Misdemeanor |
| | special assessment. | ESTIMATED TRIAL DAYS: 3 | ☐ Felony ☐ Misdemeanor |