UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-132ML |
| | ) | |
| MICHAEL DITOMASSO | ) | |

---

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Michael DiTomasso, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date and extend time for the filing of pretrial motions in this matter for a period of 30 days after the Court rules on the pending motion to dismiss. Mr. DiTomasso submits the attached memorandum in support of this request.

Respectfully submitted
Michael DiTomasso
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Milind Shah, Assistant United States Attorney, on January 22, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-132ML |
| | ) | |
| MICHAEL DITOMASSO | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. DiTomasso has moved this Honorable Court to continue the empanelment date and extend the time for filing pretrial motions in this matter. The Court now has Mr. Ditomasso's Motion to Dismiss the indictment and the government's response. This indictment represents the first violation of the Sex Offender Registration and Notification Act ("SORNA") in this district and presents unique and distinct legal issues. Should the Court deny our motion to dismiss, the defense will need these requested 30 days to make further decisions regarding a trial or plea disposition.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
Michael DiTomasso
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Milind Shah, Assistant United States Attorney, on January 22, 2008.

/s/ Kevin J. Fitzgerald